UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC VENABLE,<br><br>                              Plaintiff,<br><br>        v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>                              Defendant. | Civil No.   06-CV-1571 WQH (CAB)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

On August 7, 2006, Plaintiff filed a complaint seeking judicial review of Defendant's denial of disability benefits under the Social Security Act.  On October 3, 2006, Defendant filed her answer and the administrative record.  District Judge William Q. Hayes has referred this matter to Magistrate Judge Cathy Ann Bencivengo on a report and recommendation basis.  Pursuant to Rule 16.1(e)(3) of the Local Rules, an Early Neutral Evaluation is not required to be held in this case.  This order sets out a briefing schedule and hearing date for cross-motions for summary judgment:

1. Plaintiff shall file and serve his motion for summary judgment on or before **December 4, 2006**.

2. Defendant shall file and serve her opposition and cross-motion for summary judgment on or before **January 2, 2007**.

3. Plaintiff shall file and serve his opposition to the cross-motion and reply to Defendant's opposition on or before **January 16, 2007**.

4. Defendant shall file any reply to Plaintiff's opposition on or before **January 23,**

**2007**.

5. The motions shall be scheduled for **January 31, 2007**, at **10:00 a.m.** Unless the Court directs otherwise in advance, this matter will be resolved on the papers, and no personal appearances on the hearing date are required.

**IT IS SO ORDERED.**

DATED: October 6, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge