# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC M. VENABLE,<br><br>    Plaintiff,<br>vs.<br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 06cv1571 WQH (CAB)<br><br>**ORDER DISMISSING CASE** |

HAYES, Judge:

On July 13, 2007, this Court issued an order to show cause notifying Plaintiff that the Court would dismiss this case after August 13, 2007, unless Plaintiff filed a written response showing cause as to why this case should not be dismissed for failure to prosecute. (Doc. # 12.)

Plaintiff did not comply with this Court's order on or before August 13, 2007. Accordingly, this case is hereby dismissed without prejudice for failure to prosecute. *See* Local Civil Rule 41.1; Fed. R. Civ. P. 41(b). The Clerk of the Court shall close this case.

DATED: August 21, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge

06cv1571